OPINION — AG — **** STUDENT ACTIVITY FUNDS — AUDIT EXPENSES — GENERAL FUND **** TITLE 70 O.S. 1968 Supp., 505.1-505.13 [70-505.1] — [70-505.13], AS AMENDED BY 70 O.S. 1968 Supp., 505.4 [70-505.4], 505.7, 505.8, 505.13, 70 O.S. 1968 Supp., 4-7 [70-4-7], ARE APPLICABLE TO THE TRANSACTIONS OF THE STUDENT ACTIVITY FUND AUTHORIZED BY 70 O.S. 1968 Supp., 4-33.1 [70-4-33.1]. TITLE 70 O.S. 1968 Supp., 505.1-505.13 [70-505.1] — [70-505.13], AS AMENDED, SUPERSEDES 70 O.S. 1961 4-34 [70-4-34]. FURTHERMORE, A LOCAL BOARD OF EDUCATION MAY PAY FOR THE ANNUAL AUDIT OUT OF THE GENERAL FUND OF THE SCHOOL DISTRICT OR OTHERWISE AS HEREIN SET OUT DON TIMBERLAKE